UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **CHRISTIE HUMPHREY,** | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| **FIRST PREMIER BANK** | § § | **CASE NO. 4:19-cv-312** |
| **&** | § § § | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice Between Plaintiff Christie Humphrey and Defendant Experian Information Solutions, Inc. (Dkt. #23).

It is hereby **ORDERED** that all Plaintiff's claims in this matter as to Experian Information Solutions, Inc. are dismissed with prejudice and that each party bear their own costs and fees incurred. All claims held by Plaintiff against other parties are not affected by this order.

The Clerk is directed to terminate Defendant Experian Information Solutions, Inc. as a party to this case.

The Clerk is directed to terminate the July 31, 2020 Final Pretrial Conference, pending the completion of arbitration as to the remaining Defendant.

**IT IS SO ORDERED.**

SIGNED this 30th day of June, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE