# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| CHRISTIE HUMPHREY, § <br> Plaintiff § <br> § <br> v. § <br> § <br> § <br> EXPERIAN § <br> INFORMATION § <br> SOLUTIONS, INC, AND § <br> FIRST PREMIER BANK § <br> Defendants § | Civil Action No. 4:19-CV-00312 <br> Judge Mazzant |

## ORDER

In accordance with Joint Stipulation of Dismissal Without Prejudice filed by Plaintiff and Defendant First Premier Bank, all claims are hereby DISMISSED WITHOUT PREJUDICE as to their refiling. All costs, attorney fees, and expenses shall be borne by the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
 **SIGNED this 16th day of November, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE